```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 23051
   ROQUE W ANDERSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7733

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 06/09/2005 and was confirmed 11/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 05/27/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
----------------------------------------------------------------------
RESURGENCE FINANCIAL LLC  FILED LATE      23233.52             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        9256.08             .00         9256.08
GATEWAY                   UNSECURED      NOT FILED             .00             .00
MBNA AMERICA              UNSECURED      NOT FILED             .00             .00
ROUNDUP FUNDING LLC       UNSECURED        5874.35             .00         5874.35
OMNI CREDIT SERVICES      UNSECURED      NOT FILED             .00             .00
LVNV FUNDING LLC          UNSECURED        7709.13             .00         7709.13
STEVEN H MEVORAH          DEBTOR ATTY     1,100.00                         1,100.00
TOM VAUGHN                TRUSTEE                                          1,520.01
DEBTOR REFUND             REFUND                                              40.43

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  25,500.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                         22,839.56
ADMINISTRATIVE                                     1,100.00
TRUSTEE COMPENSATION                               1,520.01
DEBTOR REFUND                                         40.43
                         ---------------          ---------------
TOTALS                   25,500.00                25,500.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 23051 ROQUE W ANDERSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```